United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Foster, Stephen N. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, June 18, 2013 |
| Re: | 05:13-CV-00511-HLH / Doc # 2 / Filed On: 06/17/2013 04:51 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Wrong PDF Document Attached
   Remarks: A Request for Summons must have a proposed summons attached not a Waiver of Service of Summons.