IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ROBERT MELENYZER § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | No. SA-13-CA-511 |
| § | |
| NICE GROUP USA, INC. and § | |
| EMPLOYER FLEXIBLE PLAN § | |
| SERVICES, INC. § | |
| § | |
| Defendants § | |
| § | |

## ORDER TO SHOW CAUSE

This is a civil action for damages pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e. Plaintiff's complaint was filed on June 11, 2013.

Although more than 120 days have elapsed since the filing of the Plaintiff's complaint, the record does not reflect that a copy of the summons and complaint has been served on the Defendants. Therefore, the complaint is subject to dismissal without prejudice pursuant to Rule 4(m), Federal Rules of Civil Procedure, unless the Plaintiff can show cause as to why he has failed to effect service on the Defendants.

IT IS THEREFORE ORDERED that the Plaintiff show cause in writing within twenty days of the date of this Order why the complaint should not be dismissed without prejudice pursuant to

Rule 4(m), Federal Rules of Civil Procedure.

SIGNED AND ENTERED this 10th day of October, 2013.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE

2